# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEPHANIE R. POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10CV838 |
| ) | |
| FEDERAL BUREAU OF PRISONS/ ) | |
| FEDERAL PRISON CAMP, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a former federal prisoner, has submitted a civil rights complaint, together with an application to proceed *in forma pauperis*. In the complaint, she claims that two persons working at the Federal Prison Camp in Alderson, West Virginia, Dr. Natalie Wright and Ms. McMichael, gave her improper medical treatment and performed a humiliating retaliatory examination on her while she was incarcerated there. She has named Wright, McMichael, and the Federal Bureau of Prisons as defendants in the case.

Unfortunately, the form of the complaint is such that it is not possible to further process this complaint. The problem is that none of the defendants are located within this District, but are all located in the Southern District of West Virginia. Plaintiff should seek the proper forms from the Clerk of that district and file the complaint there. The proper

address is: Clerk, United States District Court, 601 Federal Street, Room 2303, Bluefield, WV 24701.

Consequently, this particular complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper district. *In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms and in the correct district.

/s/ P. Trevor Sharp<br>United States Magistrate Judge

Date: November 23, 2010